**Order entered March 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00322-CV

### IN RE: ROSHON DASHEN DAVIS, Relator

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-11022**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and motion for emergency relief. We **ORDER** that relator bear the costs of this original proceeding.

.

/
/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE